United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Grupo Unidos por el Canal, S.A. and others, Movants,<br><br>v.<br><br>Autoridad del Canal de Panama, Respondent. | )<br>)<br>)<br>)<br>)  Civil Action No. 20-24867-Civ-Scola<br>)<br>)<br>)<br>) |
| Grupo Unidos por el Canal, S.A. and others, Movants,<br><br>v.<br><br>Autoridad del Canal de Panama, Respondent. | )<br>)<br>)<br>)<br>)  Civil Action No. 21-21509-Civ-Scola<br>)<br>)<br>)<br>) |

### Order Consolidating Related Cases

The Court has conducted an independent review of the record in cases 20cv24867 (the "Partial Award Case") and 21cv21509 (the "Final Award Case") and has reviewed the parties' joint notice on consolidation, filed at ECF No. 50 in the Partial Award Case. The Partial Award Case and Final Award Case involve motions to vacate and/or confirm awards from the same arbitration proceeding and as such share common questions of law and fact. Pursuant to Federal Rule of Civil Procedure 42, The Court finds that these cases should be consolidated for purposes of discovery and disposition.

Accordingly, the Court **orders** as follows:

1. The Final Award Case is **consolidated** with the related, lower-numbered action, the Partial Award Case. All future filings in both actions must be submitted under case number **20cv24867**.
2. The Clerk is directed to **administratively close** the higher-numbered Final Award Case for statistical purposes. Further filings are not to be submitted under this case number 21cv21509.
3. The Movants must file a consolidated amended motion to vacate in the now consolidated Partial Award Case. This amended pleading may not be used as vehicle to add new parties or new claims. The Movants must file their amended motion on or before **July 23, 2021**. The Respondent must thereafter respond to the consolidated amended motion to vacate and file any cross-motion to confirm on or before **August 6, 2021**. Should the

parties wish to alter these or any other deadlines, they may file a motion to set a briefing schedule for the Court's consideration.
4. In light of this order, the deadline for the Respondent to respond to the Movants' motion to vacate in the Final Award Case is stayed.

**Done and ordered**, in Miami, Florida, on July 9, 2021.

_____
Robert N. Scola, Jr.
United States District Judge